1  IRELL & MANELLA LLP
   Layn R. Phillips (103854)
2  lphillips@irell.com
   Andra Barmash Greene (123931)
3  agreene@irell.com
   840 Newport Center Drive, Suite 400
4  Newport Beach, California 92660-6324
   Telephone: (949) 760-0991
5  Facsimile:  (949) 760-5200

6  Attorneys for Defendants
   KFC USA, INC., KFC U.S. PROPERTIES,
7  INC., and KFC CORPORATION

8  LAW OFFICES OF PETER M. HART
   Peter M. Hart (198691)
9  13952 Bora Bora Way, F-320
   Marina Del Rey, California 90292
10 Telephone: (310) 478-5789
   Facsimile:  (509) 561-6441
11
   Attorneys for Plaintiffs
12 LISA HARRISON and NOE RIVERA

13
                  UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| LISA HARRISON, NOE RIVERA, as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KFC USA, INC.; KFC U.S. PROPERTIES, INC.; KFC CORPORATION; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:10-cv-04465 EMC<br>Magistrate Judge Edward M. Chen<br><br>**JOINT STIPULATION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2326534.2

JOINT STIPULATION TO TRANSFER VENUE
3:10-cv-04465 EMC

1  WHEREAS, on August 18, 2010, plaintiffs Lisa Harrison and Noe Rivera ("Plaintiffs"), through their counsel of record, filed their Complaint for Damages and Equitable Relief (the "Complaint") in San Francisco Superior Court against defendants KFC USA, INC., KFC U.S. Properties, Inc., and KFC Corporation (collectively, "Defendants"); and

WHEREAS, Defendants removed the Complaint to the United States District Court for the Northern District of California on October 4, 2010;

WHEREAS, Defendants do not reside in the counties that comprise the Northern District of California; and

WHEREAS, on October 6, 2010, Defendants filed a motion to transfer venue to the Central District of California and to dismiss Plaintiff's third cause of action pursuant to 28 U.S.C. § 1404(a) and Federal Rule of Civil Procedure 12(b)(6); and

WHEREAS, on October 20, 2010, Plaintiffs filed a statement of non-opposition to the motion to transfer venue and filed an opposition to the motion to dismiss;

Plaintiffs and Defendants, through their undersigned counsel of record, HEREBY STIPULATE AND AGREE that the above-referenced action be transferred from the Northern District of California to the Central District of California.  Defendants' motion to dismiss shall be heard by the judge assigned to this case in the Central District of California.

Dated: October 26, 2010                    IRELL & MANELLA LLP

                                           By: /s/ Andra Barmash Greene
                                               Andra Barmash Greene
                                               Attorneys for Defendants
                                               KFC USA, INC., KFC U.S. PROPERTIES,
                                               INC., and KFC CORPORATION

Dated: October 26, 2010                    LAW OFFICES OF PETER M. HART

                                           By: /s/ Peter M. Hart
                                               Peter M. Hart
                                               Attorneys for Plaintiffs
                                               LISA HARRISON and NOE RIVERA

IT IS SO ORDERED THAT this case is transferred to Central District of California and that the Clerk of the Court shall close this matter.

_____
Edward M. Chen
U.S. Magistrate Judge


IT IS SO ORDERED
MODIFIED
Judge Edward M. Chen

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2326534.2

- 1 -

JOINT STIPULATION TO TRANSFER VENUE
3:10-cv-04465 EMC